## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 11368                                                   Purchased/Filed: December 18, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                    Plaintiff

against

*TKO Contracting Corp.*                                                                   Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 31, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summon And Complaint

on

_____TKO Contracting Corp._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___307 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___23___   Approx. Wt: ___160___   Approx. Ht: ___5'9"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

___4th___ day of _____January, 2008_____

*[signature]*
DEBORAH A. BOTTISTI
NOTARY PUBLIC, State of New York
NO. 01BO6036756, Albany County
Term Expires February 7, 2010

*[signature]*
Jessica Miller

Invoice•Work Order # SP0710970