STATE OF NEW YORK        )
                                                   SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 27th day of December, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   TKO Contracting Corp.
       560 Fellowship Road
       Mount Laurel, NJ 08054

_____
IAN K. HENDERSON

Sworn to before me this
27th day of December, 2007

_____
NOTARY PUBLIC
JASON FURMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20 23