UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NEW YORK CITY DISTRICT OF CARPENTERS
PENSION FUND, et al.,

        Plaintiffs,

-v-                                                  No. 07 Civ. 11368 (LTS)(RLE)

TKO CONTRACTING CORP.,

        Defendant.                          ORDER

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2008

        The above-referenced matter is an action to enforce an arbitrator's award rendered pursuant to a collective bargaining agreement. The Court is in receipt of a letter dated February 20, 2008, from Plaintiffs requesting to file an application for a default judgment. Plaintiffs may make their application for relief in accordance with the procedure set forth in Paragraph 3 of the Court's January 3, 2008, Order.

        SO ORDERED.

Dated: New York, New York
       February 22, 2008

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge