UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY    07 CV 11368 (LTS)
DISTRICT COUNCIL OF CARPENTERS ANNUITY     ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN   **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES, AND MICHAEL J. FORDE, AS
EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                                    Plaintiffs,
         -against-

TKO CONTRACTING CORP.,

                                    Defendant.
------------------------------------------------------------------------X

C O U N S E L :

PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on April 22, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Laura T. Swain, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 17-C, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to 9 U.S.C. § 9 granting plaintiffs' motion to confirm an arbitration award and directing that judgment be entered and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        April 22, 2008

                                        Yours, etc.,

                                        O'DWYER & BERNSTIEN, LLP

By: _____
                                        ANDREW GRABOIS, ESQ.
                                        Attorney for Plaintiffs
                                        52 Duane Street, 5th Floor
                                        New York, New York 10007
                                        (212) 571-7100

TO:    TKO Contracting Corp.
          560 Fellowship Road
          Mount Laruel, NJ 08054